[No. 16755-7-II. Division Two. April 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN TOWNSEND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02993-8, Arthur W. Verharen, J., entered December 31, 1992. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.

[No. 17122-8-II. Division Two. April 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LOUIS TILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00495-0, Frederick W. Fleming, J., entered May 10, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Fleisher, J.

[No. 13007-0-III. Division Three. April 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MERVIN THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01657-1, Susan L. Hahn, J., entered January 15, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.